**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHAMAYA STEWARD-MOORE,<br><br>Plaintiff,<br><br>vs.<br><br>BOYS & GIRLS CLUB OF GREATER ST. LOUIS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:26-cv-01324-MTS |

**MEMORANDUM AND ORDER**

Before the Court is Plaintiff Chamaya Steward-Moore's Application to Proceed in District Court without Prepaying Fees or Costs. Doc. [2]. Plaintiff's Application indicates that her monthly income significantly exceeds her regular monthly expenses. *Id.* Based on the amount of discretionary income she has according to her own figures, she can afford to pay the filing fee. "When litigants can afford to pay a filing fee but simply would rather not, they must make the decision whether their litigation is 'worth the price.'" *Hudson v. Waste Management*, 4:26-cv-1409-MTS, ECF No. 5 (E.D. Mo. Oct. 6, 2026) (quoting *Roller v. Gunn*, 107 F.3d 227, 231 (4th Cir. 1997)).[*]

Because the figures Plaintiff provided show that she can afford to pay the filing fee, the Court will deny her Application. If Plaintiff would like to proceed with this litigation, she must prepay the $405 filing fee to the Clerk no later than **Tuesday**,

[*] If a plaintiff is the prevailing party in an action, he or she generally may recover the filing fee as costs. Fed. R. Civ. P. 54(d); 28 U.S.C. § 1920; *see Lucien v. DeTella*, 141 F.3d 773, 775 (7th Cir. 1998). A filing fee requirement therefore makes litigants "'stop and think' before filing suit." *See Murray v. Dosal*, 150 F.3d 814, 818 (8th Cir. 1998) (per curiam).

**November 24, 2026**. If Plaintiff fails to do so, the Court will dismiss her action without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Chamaya Steward-Moore's Application to Proceed in District Court without Prepaying Fees or Costs, Doc. [2], is **DENIED**. Plaintiff shall prepay the full $405 filing fee no later than **Tuesday**, **November 24, 2026**. The failure to do so will result in the dismissal of this action without further notice.

Dated this 15th day of October 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE